IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DR. PRAHBJOT UPPAL,                    )
                                       )
                Plaintiff,             )
                                       )
        vs.                            )      Case No. 15-cv-3806
                                       )
ROSALIND FRANKLIN UNIVERSITY OF        )      Judge Ronald A. Guzman
MEDICINE AND SCIENCE                   )
                                       )
                Defendant.             )
                                       )

## DEFENDANT ROSALIND FRANKLIN UNIVERSITY OF MEDICINE AND SCIENCE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Rosalind Franklin University of Medicine and Science (the "University"), by its undersigned attorneys, moves this Court to dismiss Plaintiff, Dr. Prabhjot Uppal's ("Plaintiff"), Complaint, in its entirety with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6) for the reasons stated in its Memorandum in Support filed herewith and incorporated by reference herein.

Dated:  May 20, 2015                          Respectfully submitted,

                                              ROSALIND FRANKLIN UNIVERSITY
                                              OF MEDICINE AND SCIENCE

                                      By:     /s/ William M. McErlean
                                              One of its Attorneys

                                              William M. McErlean (3122871)
                                              Ryan M. McLaughlin (6311220)
                                              One North Wacker Drive, Suite 4400
                                              Chicago, Illinois 60606-2833
                                              Phone:  (312) 357-1313
                                              Fax:  (312) 759-5646
                                              william.mcerlean@btlaw.com
                                              ryan.mclaughlin@btlaw.com

*Attorneys for Defendant Rosalind Franklin*
*University of Medicine and Science*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015 a copy of the foregoing **Defendant Rosalind Franklin University of Medicine and Science's Motion to Dismiss Plaintiff's Complaint** was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 /s/ William M. McErlean
William M. McErlean

CHDS01 960698v1