IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. PRAHBJOT UPPAL,<br><br>Plaintiff,<br><br>vs.<br><br>ROSALIND FRANKLIN UNIVERSITY OF MEDICINE AND SCIENCE<br><br>Defendant. | Case No. 15-cv-3806<br><br>Judge Ronald A. Guzman |

**DEFENDANT ROSALIND FRANKLIN UNIVERSITY OF MEDICINE AND SCIENCE'S MOTION TO DISMISS, OR ALTERNATIVELY, TO STRIKE, PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant, Rosalind Franklin University of Medicine and Science (the "University"), by its undersigned attorneys, moves this Court to dismiss Plaintiff, Dr. Prabhjot Uppal's ("Plaintiff"), First Amended Complaint, in its entirety with prejudice, for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), or alternatively, to strike portions of Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(f) for the reasons stated in its Memorandum in Support filed with this motion.

Dated: June 26, 2015

Respectfully submitted,

**ROSALIND FRANKLIN UNIVERSITY OF MEDICINE AND SCIENCE**

By:   /s/ William M. McErlean
         One of its Attorneys

William M. McErlean (3122871)
Ryan M. McLaughlin (6311220)
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2833
Phone: (312) 357-1313
Fax: (312) 759-5646
william.mcerlean@btlaw.com
ryan.mclaughlin@btlaw.com

*Attorneys for Defendant Rosalind Franklin University of Medicine and Science*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2015 a copy of the foregoing **Defendant Rosalind Franklin University of Medicine and Science's Motion to Dismiss, or Alternatively, to Strike Portions of, Plaintiff's First Amended Complaint** was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                            /s/ William M. McErlean
                            William M. McErlean